AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>TERRELL DONTA MCDANIEL,<br><br>Defendant(s) | )<br>)<br>)  Case No.  4:22 MJ 6271 PLC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 3, 2022   in the county of   City of St. Louis   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924 (c) and (j) | CT. 1- Using a firearm in furtherance of a drug trafficking crime and in the course thereof causing the death of a person |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

/S/ David Rudolph, FBI TFO
Complainant's signature

David Rudolph, Task Force Officer, FBI
Printed name and title

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   12/07/2022

*Patricia L. Cohen*
Judge's signature

City and state:   St. Louis, Missouri

Honorable Patricia L. Cohen , U.S. Magistrate Judge
Printed name and title